

**Wilshire Credit Corporation**

Payments
P.O. Box 7195; Pasadena, CA 91109-7195

Correspondence
P.O. Box 8517; Portland, OR 97207-8517

Phone
(888) 502-0100

Fax
(503) 952-7476

Web Site
www.wcc.ml.com

September 28, 2007

RECEIVED & FILED
2007 OCT 12 A 11: 51
CLERK, US BANKRUPTCY CT
EASTERN DISTRICT
ST. LOUIS, MISSOURI

Clerk of the Court
US Bankruptcy Court
MISSOURI - Eastern District (St. Louis)
111 S. 10th Street-4th Floor
St. Louis, MO 631021125

RECEIVED & FILED
OCT 1 2 2007
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

Re: James A Varner
Kristina Marie Varner
Bankruptcy Case No. 07-46007
Wilshire Loan No. 666633

Dear Clerk of the Court:

Wilshire Credit Corporation is servicer of the mortgage in the above named debtor(s) bankruptcy case. Please add the following name and address to the debtor(s)' mailing matrix:

> Wilshire Credit Corporation
> PO Box 1650
> Portland, OR 97207-1650

If you have any questions please do not hesitate to call the undersigned

Sincerely,

*Nieshe Wright*

Arlene Gray
Bankruptcy Specialist